## Beltz *v.* Garrison, Appellant, (No. 2).

Argued May 8, 1916. Appeal, No. 33, Oct. T., 1916, by defendants, from decree of C. P. Allegheny Co., Jan. T., 1915, No. 1146, in equity, for plaintiff on bill in equity for accounting in case of John Beltz v. Samuel Garrison, H. L. Williams, J. E. McGinness, F. E. McGillich, George H. Fritch, William I. N. Lofland and Great Western Lead Manufacturing Co. Before BROWN, C. J., POTTER, MOSCHZISKER, FRAZER and WALLING, JJ. Affirmed.

*Joseph Stadfeld,* for appellant.

*Thomas Watson,* with him *S. S. Robertson,* for appellee.

PER CURIAM, May 23, 1916:

In an opinion filed herewith we have dismissed the appeal of the Great Western Lead Manufacturing Company from the decree of the court below, and have not been convinced that the present appeal calls for any disturbance of it.

Appeal dismissed at appellant's costs.